# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN GREEN

NO. 2026 KW 0659

**MAY 22, 2026**

---

In Re:    Kevin Green, applying for supervisory writs, Plaquemine City Court, Parish of Iberville, No. 251-00-159.

---

BEFORE:    **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**STAY DENIED. WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(A), as the affidavit is not notarized, nor does it contain the address and telephone numbers of the city attorney and the city court judge or note the means of service. Additionally, in violation of Rule 4-5(B), the writ is not properly bound, the pages of the application are not properly numbered, and the font size is incorrect. Relator also failed to include an index, a jurisdictional statement, a statement that no opposition was filed, and a signed notice of intent and return date order in violation of Rules 4-5 (C)(1), (2) (9), and (11). Furthermore, although it is not a violation of the Uniform Rules, relator failed to include the misdemeanor trial transcript, any exhibits introduced at that hearing, and any other information necessary to review the merits of his claims. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S. Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed with this court on or before June 8, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.